APPEAL No. 75-311. CLAIRE M. RING *v.* IRA COOK, JR. *et al.* Case is assigned to the calendar for March 8, 1977, 9:30 a.m. for oral argument. Defendants will be expected to *show cause* why appeals fees in this case are necessary in view of this court's decisions in *Goulet* v. *Dalton*, 117 R.I. 304, 366 A.2d 537 (1976) and *Plastic Merchandisers, Inc.* v. *Royal Moulding Co.*, 57 R.I. 510, 190 A. 788 (1937). *Aram K. Berberian*, for plaintiff. *Biagio L. Longo*, Assistant Town Solicitor, for defendants.

APPEAL No. 76-242. STATE *v.* WILLIAM P. DEWOLFE, JR. Motion of defendant for an extension of time to file his brief is granted, and said brief is to be filed on or before March 1, 1977. *Julius C. Michaelson*, Attorney General, for plaintiff. *Frank S. Cappuccio*, for defendant.

APPEAL No. 76-390. STATE *v.* GILBERT RODDY *et al.* Motion of defendants for extension of time to file their brief is granted, and said brief shall be filed on or before April 28, 1977. *Julius C. Michaelson*, Attorney General, *Judith Romney Wegner*, Special Asst. Attorney General, for plaintiff. *Abedon, Stanzler, Biener, Skolnik & Lipsey, Jordan Stanzler*, for defendants.

APPEAL No. 77-8. GENERAL ROAD TRUCKING CORPORATION *v.* PAUL FORSELL & SON, INC. Motion of Arthur A. Thovmasian, Jr., to withdraw as counsel for the defendant is granted. *Martin M. Zucker*, for plaintiff. *John E. Fornaro, Jr.*, for defendant.